Febuary 20, 2015    PD-0224-15

Keith Edwards
Ramsey-1 Unit
1100 FM 655
Rosharon Tx 77583

FILED IN
COURT OF CRIMINAL APPEALS

FEB 27 2015

Abel Acosta, Clerk

Court of Criminal Appeals
Supreme Court Building
    P.O. Box 12308
Austin, Texas 78711

RE: Enclosed Motion

Enclosed is a Motion for Extension of Time. Could you please file said motion and bring it to the Courts attention?

Your assistance in this matter will be greately appreciated

Respectfully Submitted,
Keith Edwards
Keith Edwards
TDC No. 1877647

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 25 2015
Abel Acosta, Clerk

No. 05-13-01194-CR

IN THE

Court of Criminal Appeals

Austin, Texas

Keith Edwards

v.

The State of Texas

From Appeal No 05-13-01194-CR
Trial Cause No F12-16761-K
Dallas County

First Motion for Extension of time to file
Petition for Discretionary Review

To the Honorable Judges of the Court of Criminal Appeals:

Comes now Keith Edwards Petitioner and files this motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review. In support of this motion appelant show the Court the following:

I.

The Petitioner was convicted in the 4th District Court of Dallas County Texas of the offense of Manslaughter in Cause No. F1216761-K styled State of Texas vs. Keith Edwards. The Petitioner appealed to the Court of Appeals 5th Supreme Judicial District. The case was affirmed on January 21, 2015.

II.

The present deadline for filing the Petition for Discretionary Review is Febuary 21, 2015. The Petitioner has not requested any extension prior to this request.

## III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the court of appeals in affirming his case until _January 29, 2015_ Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, _Julie Woods_ , has informed Petitioner that she will not represent him on the Petition for Discretionary Review.

Wherefore, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Case No _E12-16761K_ to _April 21, 2015_

_Keith Wayne Edwards_
Petitioner, pro se

Texas Department of Criminal Justice
_Ramsey-1_ Unit
TDCJ-ID# _1877647_
_Rosharon_ ,Texas _77583_

## Certificate of Service

I certify that a true and correct copy of the above and foregoing First Motion for Extension of Time to File a Petition for Discretionary Review, has been forwarded by U.S. Mail postage prepaid, first class, to the Attorney for State, _Susan Hawks_ at _Dallas, County_ , and to the State Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711 on this the _20th_ day of _Febuary_ 2015

_Keith Wayne Edwards_
Petitioner, Pro Se.

I, __Keith Wayne Edwards__, TDCJ # __1877647__, being presently incarcerated in the __Ramsey-1__ Unit of the Texas Department of Criminal Justice in __Brazoria__ County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the __20TH__ day of __Febuary__, 20__15__.

__Keith Wayne Edwards__
Keith Wayne Edwards TDCJ# 1877647.